FILED

UNITED STATES DISTRICT COURT 2019 MAY 15 AM 11: 14
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:19-cr- 116-Orl - 40 DCI
                                      18 U.S.C. § 2114(a)
DEFARIO ANTOINE EVANS                 18 U.S.C. § 2114(b)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about June 23, 2018, in the Middle District of Florida, and

elsewhere, the defendant,

### DEFARIO ANTOINE EVANS,

did rob a United States Postal Carrier—a person having lawful charge,

custody, and control of United States mail matter and other property of the

United States—of property of the United States.

In violation of 18 U.S.C. § 2114(a).

## COUNT TWO

On or about June 23, 2018, in the Middle District of Florida, and

elsewhere, the defendant,

### DEFARIO ANTOINE EVANS,

did receive, possess, conceal, and dispose of property that had been obtained

in violation of 18 U.S.C. § 2114(a), that is, property of the United States stolen

from a United States Postal Carrier, as described in Count One of this

Indictment, knowing that such property of the United States had been

unlawfully obtained.

In violation of 18 U.S.C. § 2114(b).

## FORFEITURE

1.      The allegations contained in Counts One and Two of the

Indictment are incorporated by reference for the purpose of alleging forfeiture

pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 2114, the

defendant shall forfeit to the United States, pursuant to 18 U.S.C. §

981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which

constitutes or is derived from proceeds traceable to the offense.

3.      If any of the property described above, as a result of any act or

omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third

party;

2

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value;

      e.      has been commingled with other property which cannot be

divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson


MARIA CHAPA LOPEZ
United States Attorney

By: _____
Emily C. L. Chang
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## DEFARIO ANTOINE EVANS

### INDICTMENT

Violations:

18 U.S.C. § 2114(a)
18 U.S.C. § 2114(b)

A true bill,

_____
Foreperson

Filed in open court this 15th day of May, 2019.

_____
Clerk

Bail   $_____

GPO 863 525