# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FID# 10884807
USMS # 72182-018

United States of America
v.
DEFARIO EVANS

Case No. 6:19-cr-00116-40-DCI

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DEFARIO EVANS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release conditions.
See Attached Petition.

2021 APR 19 AM 11:53 FILED
MIDDLE DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Date: 12/17/2020

*N. Rodriguez*
*Issuing officer's signature*

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: U.S. District Court - FLMD

City and state: Orlando, Florida

N. Rodriguez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/17/2020, and the person was arrested on *(date)* 4/16/2021
at *(city and state)* Orlando, FL.

Date: 4/19/2021

*Arresting officer's signature*

Angel Ayala / DUSM
*Printed name and title*